# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| L.A. Tan Enterprises, Inc. v. Sunset Tan Corporate & Consulting, et al. | FILED: MARCH 20, 2008<br>08CV1629    CEM<br>JUDGE BUCKLO<br>MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

L.A. Tan Enterprises, Inc.

| | |
|---|---|
| NAME (Type or print)<br>Amir Mohabbat | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Amir Mohabbat | |
| FIRM<br>The Chicagoland & Suburban Law Firm, P.C. | |
| STREET ADDRESS<br>248 South Marion Street, Suite #104 | |
| CITY/STATE/ZIP<br>Oak Park, Illinois 60302 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6286891 | TELEPHONE NUMBER<br>(815) 501-1345 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |