

# United States District Court
## Northern District of Illinois - Eastern Division
### United States Courthouse
### 219 South Dearborn Street - Room 2010
### Chicago, Illinois 60604

**MICHAEL W. DOBBINS,**
Clerk

Office of the Clerk

March 21, 2008

**FILED**

APR 0 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Amir Ismael Mohabbat
The Chicagoland & Suburban Law Firm
248 South Marion Street, Suite 104
Oak Park, IL 60302

Re:   L.A. Tan Enterprises, Inc., et al vs. Sunset Tan Corporate & Consulting, LLC, et al
USDC No. 08C1629

**FILE**

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| TRADEMARK NUMBER Reg. # | DATE OF TRADEMARK Reg. Date | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 2965503 | 6/12/05 | L.A. Tan Enterprises, Inc. |
| 2439122 | 4/12/05 | L.A. Tan Enterprises, Inc. |
| 2916609 | 1/4/05 | Nimesh Patel |
| 2916610 | 1/4/05 | Nimesh Patel |

Please provide this information within ten (10) days of today's date.

Sincerely yours,
**Michael W. Dobbins, Clerk**

By:   /s/ *Thelma Murry-Sykes*
Deputy Clerk