UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| L.A. Tan Enterprises, Inc., an Illinois corporation, | ) Case No.08 CV 1629 |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| Sunset Tan Corporate & Consulting, LLC, a | ) |
| California limited liability company; | ) |
| LA Sunset Tan, LLP, a California limited | ) |
| liability partnership; Jeff Bozz, an Individual; | ) |
| Devin Haman, an Individual; and DOES 1 through | ) |
| 10, inclusive, | ) |
| Defendants. | ) |
| | ) |

Amir Mohabbat's Statement of Compliance with Requirements of Deputy Clerk's Letter Dated
March 21, 2008 Regarding Lanham Act Mediation Program Pursuant to L.R16.3

I certify that I am counsel for Plaintiff in the above captioned case, that I received Deputy

Clerk Thelma Murry-Sykes letter dated March 21, 2008 on March 25, 2008 regarding the

Lanham Act Mediation Program pursuant to L.R16.3, that I provided copies of said letter and

contents enclosed therewith to Plaintiff and the attorney for the above-named Defendants before

this date.

Dated: April 14, 2008

Respectfully submitted,

/s/ Amir Mohabbat

Amir Mohabbat
The Chicagoland & Suburban Law Firm, P.C.
Attorney Number 6286891
248 South Marion Street
Suite #104
Oak Park, Illinois 60302
Telephone: (815) 501-1345
Facsimile: (708) 386-9727

1

Attorney for Plaintiff.