UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| L.A. Tan Enterprises, Inc., an Illinois corporation, | ) Case No. 08 CV 1629 |
| Plaintiff, | ) |
| vs. | ) |
| | ) Judge Bucklo |
| Sunset Tan Corporate & Consulting, LLC, a California limited liability company; LA Sunset Tan, LLP, a California limited Liability partnership; Jeff Bozz, an Individual; Devin Haman, an Individual; and DOES 1 through 10, inclusive, | ) |
| Defendants. | ) |

Notice of Motion

Please take notice that on July 16, 2008 at 9:30 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine Bucklo in Room 1441 of the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall present the enclosed Motion for an extension of time to serve Defendants.

Dated: July 10, 2008

Respectfully submitted,

/s/ Amir Mohabbat

Amir Mohabbat
The Chicagoland & Suburban Law Firm, P.C.
Attorney Number 6286891
248 South Marion Street
Suite #104
Oak Park, Illinois 60302
Telephone: (815) 501-1345
Facsimile: (708) 386-9727
amir@chicagolandlawfirm.com

1

2

Attorney for Plaintiff.